**Erna Jean TANNER, Appellant,**

v.

**TRANS CONTINENTAL LEASING CO., LTD., Respondent.**

**No. 65168.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 1, 1994.

Herbert D. Schaeffer, Clayton, for appellant.

Richard B. Blanke, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Erna Jean Tanner ("employee"), appeals from a decision of the Labor and Industrial Relations Commission which found: employee's sole employer was respondent, Trans Continental Leasing Co., Ltd. ("TCL"); employee was entitled to 40⅗th weeks of temporary total disability; employee was not entitled to medical benefits after July 20, 1989; and employee suffered a 25% permanent, partial disability of the body as a whole referable to her head, headaches, loss of hearing in her left ear, tinnitus, left shoulder, left wrist, low back and right ankle. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the Commission are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the Commission's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

■

**STATE of Missouri, Respondent,**

v.

**Nathaniel YOUNG, Appellant.**

**No. 63858.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 1, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from his conviction of first degree assault and armed criminal action. No jurisprudential purpose would be served by a written opinion. Rule 30.25(b).

Judgment affirmed.